UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Derrick M. Rose

CITATION / CASE NO. 06-cr-0014 CMK

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 5-9-06    _Derrick Rose_
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:
Count I
CITATION / CASE NO: 06-cr-0014    FINE $290.00    ASGMT. 10.00
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____

(X) FINE TOTAL of $ 290.00 and a penalty assessment of $ 10.00 ~~within~~ by 6-1-06 ~~days/months~~ or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) PROBATION to be unsupervised / supervised for: _____
Counts II, III, IV & V are dismissed

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC** and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374~~-0026
1-~~800-827-29~~82

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 5-9-06    _____
U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97